In the Interest of A.T.C., D.M.B., A.R.F., N.A.W., N.R.W., Plaintiffs,

JUVENILE OFFICER, Respondent,

v.

J.W. (Natural Mother) Appellant.

Nos. WD 54513–54517.

Missouri Court of Appeals, Western District.

June 16, 1998.

Motion for Rehearing and/or Transfer to Supreme Court July 28, 1998.

Application to Transfer Denied Sept. 22, 1998.

Laura Higgins Tyler, Kansas City, for appellant.

Kyla Grove, Kansas City, Guardian Ad Litem, Robert Schieber, Kansas City, for respondent.

Before ULRICH, P.J., and SMART and LAURA DENVIR STITH, JJ.

**ORDER**

PER CURIAM.

J.W., natural mother of minor children, N.R.W., N.A.W., A.R.F., A.T.C., and D.M.B., appeals from the trial court's judgment terminating her parental rights in the children. J.W. claims that insufficient evidence was presented to support the trial court's judgment. The judgment of the trial court is affirmed. Rule 84.16(b).

Jodie MAHAN, Petitioner/Respondent/Cross–Appellant,

v.

Andrew MAHAN, Respondent/Appellant/Cross–Respondent.

Nos. 72854, 72935.

Missouri Court of Appeals, Eastern District, Division One.

June 16, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 26, 1998.

Joseph Howlett, Clayton, for respondent/appellant/cross–respondent.

Ellen Watkins & Associates, St. Louis, petitioner/respondent/cross–appellant.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

In this dissolution case, the trial court dissolved the parties' marriage, divided the marital property, and awarded wife legal custody of the children. Husband appeals, raising four points and wife cross-appeals, raising one point.*

We have reviewed the briefs, legal file, and transcript. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. Rule 84.16(b).

The trial court's judgment is affirmed.

* Husband's appellate counsel was not his trial counsel.